| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

## AFFIDAVIT

Laura Mahlke, being duly sworn on oath, deposes and states as follows:

1. I am a Postal Inspector with the United States Postal Inspector and have been so employed for approximately 8 years. As a Postal Inspector, I have participated in a number of money laundering, mail fraud, wire fraud, and financial institution fraud investigations. Based on my training and experience, I am familiar with the ways in which individuals involved in mortgage fraud schemes conduct various financial transactions, including the purchase of real estate, in order to further their schemes or to accumulate wealth as a result of their illegal activity.

2. I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from other agents, persons and documents, and it does not include each and every fact known to me concerning this investigation but is submitted for the limited purpose of establishing a basis to believe the property identified is subject to forfeiture.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Laura Mahlke*
LAURA MAHLKE
Postal Inspector
United States Postal Inspector Service

SUBSCRIBED and SWORN to before me this 1st day of February 2008.

*Barbara Robertson*
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ROBERTSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/26/11