**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN  *MHN*

| | | |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARSHAL<br>08 FEB -6 AM 9:00<br>N. DIST. OF ILL. | COURT CASE NUMBER<br>08 C 725 |
| DEFENDANT<br>ONE CITYWIDE TITLE CORPORATION CHECK IN THE AMOUNT OF $15,757.25<br>MADE PAYABLE TO SMITH ORTIZ FINANCIAL, INC. | | TYPE OF PROCESS<br>NOTICE OF FORFEITURE/<br>VERIFIED COMPLAINT FOR<br>FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ONE CITYWIDE TITLE CORPORATION CHECK IN THE AMOUNT OF $15,757.25  c/o

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
433 WEST HARRISON, 6TH FLOOR, CHICAGO, ILLINOIS 60669

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
219 SOUTH DEARBORN, ROOM 500
CHICAGO, ILLINOIS 60604
ATTENTION: DANIEL E. MAY, AUSA

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

**PERSONAL SERVICE IS REQUIRED.**                    Prepared by: B. Robertson

Signature of Attorney or other Originator requesting service on behalf of :  ☒ PLAINTIFF  ☐ DEFENDANT
for DANIEL E. MAY, AUSA

TELEPHONE NUMBER: (312) 353-5300    DATE: 2/5/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Name and title of individual served (if not shown above):  *Robin Anderson*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

FILED  FEB 15 2008  MICHAEL W. DOBBINS  CLERK, U.S. DISTRICT COURT

Date of Service: 2/14/08    Time: 12:10 am

Signature of U.S. Marshal or Deputy: *James N. [illegible]*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED        SEND ORIGINAL + 2 COPIES to USMS.        FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt