UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 725 |
| | ) | |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| ONE CITYWIDE TITLE CORPORATION | ) | |
| CHECK IN THE AMOUNT OF $15,757.25 | ) | |
| MADE PAYABLE TO SMITH ORTIZ | ) | **CERTIFICATE OF SERVICE** |
| FINANCIAL INC. | ) | |
| | ) | |
| Defendant. | ) | |

I, Barbara Robertson, a non-attorney, certify that pursuant to Supp. R. For Adm. M. and Forf. Claims G(4), I sent a Notice of Judicial Forfeiture Proceeding, a copy of the Complaint In Rem, and a copy of the Warrant to the following parties:

Ted Smith
7021 West Grand
Chicago, Illinois 60607

Milan Mijalovic
8815 West Golf Road
Niles, Illinois 60714

by enclosing said property addressed envelope, postage paid, and depositing same in the United States mail at 219 S. Dearborn, Chicago, Illinois before the hour of 5:00 p.m. on the 5th day of February, 2008.

*Barbara Robertson*
Barbara Robertson

SUBSCRIBED and SWORN to before me
this 15th day of April, 2008

*Cheryl M. Guest*
NOTARY PUBLIC

"OFFICIAL SEAL"
Cheryl M. Guest
Notary Public, State of Illinois
My Commission Exp. 09/01/2009