<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**MOTION OF THE UNITED STATES FOR DEFAULT DECREE OF FORFEITURE**
and
**DEFAULT DECREE OF FORFEITURE**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by facsimile or first-class mail on April 16, 2008, to the following non-ECF filers:

Ted Smith
7021 West Grand
Chicago, Illinois

Milan Mijalovic
8815 West Golf Road
Niles, Illinois 60714


      /s/Daniel E. May
      DANIEL E. MAY
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-8694