UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 725 |
| | ) | Judge Amy St. Eve |
| v. | ) | |
| | ) | |
| ONE CITYWIDE TITLE CORPORATION | ) | |
| CHECK IN THE AMOUNT OF $15,757.25 | ) | |
| MADE PAYABLE TO SMITH ORTIZ | ) | |
| FINANCIAL INC. | ) | |
| | ) | |
| Defendant | ) | |

### NOTICE OF MOTION

TO:  Ted Smith                                Milan Mijalovic
     7021 West Grand                          8815 West Golf Road
     Chicago, Illinois 60607                  Niles, Illinois 60714

    PLEASE TAKE NOTICE that on Tuesday April 22, 2008 at 8:30 a.m. at the opening or as soon thereafter as counsel may be heard, I will appear before Honorable St. Eve in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place instead, and then and there present the GOVERNMENT'S MOTION FOR A DEFAULT DECREE OF FORFEITURE AND DEFAULT DECREE OF FORFEITURE, in the above-captioned case, at which time you may appear if you see fit.

                                      Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney

By:  s/Daniel E. May
     DANIEL E. MAY
     Assistant United States Attorney
     219 South Dearborn St., Room 500
     Chicago, Illinois 60604
     (312) 353-8694