UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

United States of America

                Plaintiff,

v.                                    Case No.: 1:08−cv−00725

                                          Honorable Amy J. St. Eve

One City Wide Title Corporation Check in the Amount of $15,757.25

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Plaintiff United States of America for default judgment as to defendant property [10] is granted. Status hearing held on 4/22/2008. See Default Decree of Forfeiture for further details. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.