Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 725 | DATE | 4/22/2008 |
| CASE TITLE | USA vs. One CityWide Title Corporation | | |

**DOCKET ENTRY TEXT**

Enter Default Decree of Forfeiture. Judgment of default is hereby entered against the defendant funds. All persons or entitties claiming right, title or interest in the aforementioned defendant funds are held in default. The defendant funds are hereby forfeit to the United States of America pursuant to 18 U.S.C. §981(a)(1)(C) and shall be disposed of by the United States Marshal according to law. This Court shall retain jurisdiction over this matter to take additional action and enter further orders as necessary to implement this order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|