

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 725 |
| | ) | |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| ONE CITYWIDE TITLE CORPORATION CHECK IN THE AMOUNT OF $15,757.25 MADE PAYABLE TO SMITH ORTIZ FINANCIAL INC. | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

### DEFAULT DECREE OF FORFEITURE

This cause coming before the court on the United States of America's motion for the entry of a default decree of forfeiture, and due notice having been given, and the court having been fully advised in the premises, this court finds as follows:

(a)     This *in rem* civil forfeiture case was commenced on February 1, 2008, by the filing of a verified complaint.

(b)     Process was duly served and notice was published by the United States as required by Rule G(4)(a), Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions.

(c)     No claim or answer has been filed for the defendant funds and the time for filing such a claim, answer or other responsive pleading has since expired under applicable law.

(d)     Based on the verified complaint for forfeiture and the attached affidavit of Inspector Laura Mahlke of the United States Postal Inspection Service, the United States has established that one Citywide Title Corporation check in the amount of $15,757.25 made payable to Smith-Ortiz Financial Inc. is property which represents or is traceable to the gross proceeds obtained directly or indirectly from a violation of 18 U.S.C. § 1343, and is therefore forfeitable to the United States

pursuant to 18 U.S.C. § 981(a)(1)(C).

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. A judgment of default is hereby entered against the defendant funds;

2. All persons or entities claiming right, title or interest in the aforementioned defendant funds are held in default;

3. The defendant funds are hereby forfeit to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and shall be disposed of by the United States Marshal according to law.

4. This court shall retain jurisdiction over this matter to take additional action and enter further orders as necessary to implement this order.


ENTERED:

_____
AMY ST. EVE
United States District Judge

DATED: 4-22-08